NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JIMMIE KAYE BUFFKIN,**
*Petitioner*

v.

**DEPARTMENT OF DEFENSE,**
*Respondent*

---

2021-1621

---

Petition for review of an arbitrator's decision in No. 14-03218-3 by Joe M. Harris, Jr.

---

Before O'MALLEY, REYNA, and CHEN, *Circuit Judges.*

PER CURIAM.

### O R D E R

The Department of Defense ("the agency") responds to this court's May 18, 2021 show cause order and requests transfer of the case to the United States District Court for the Southern District of Georgia. Jimmie Kaye Buffkin has not timely responded.

Ms. Buffkin appealed her removal from the agency through grievance arbitration, where Ms. Buffkin argued that she was subject to racial discrimination. After the arbitrator upheld the agency's removal action, Ms. Buffkin

filed this petition for review. In her Statement Concerning Discrimination, Ms. Buffkin indicates that she wishes to pursue her discrimination claims. *See* ECF No. 13 at 3.

This court does not have authority to decide Ms. Buffkin's case. Although this court possesses jurisdiction to review certain arbitrator decisions, *see* 5 U.S.C. § 7121(f); 5 U.S.C. § 7703(b)(1)(A), that jurisdiction is limited in a way that applies here: In cases involving discrimination claims, the appropriate forum for review is the district court. *See* 5 U.S.C. § 7703(b)(2); *Perry v. Merit Sys. Prot. Bd.*, 137 S. Ct. 1975, 1985 (2017). When that limitation applies, this court may transfer a case, under 28 U.S.C. § 1631, to a court that would have jurisdiction over the case, here the Southern District of Georgia.

Accordingly,

IT IS ORDERED THAT:

This petition for review and all filings are transferred pursuant to 28 U.S.C. § 1631 to the United States District Court for the Southern District of Georgia.

FOR THE COURT

July 26, 2021             /s/ Peter R. Marksteiner
   Date                   Peter R. Marksteiner
                          Clerk of Court

s25