IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JIMMIE KAYE BUFFKIN MESSER,  Plaintiff,  v.  DEPARTMENT OF DEFENSE,  Defendant. | CIVIL ACTION NO.: 4:21-cv-215 |

**O R D E R**

Plaintiff initiated this civil lawsuit by filing the Complaint in the United States Court of Appeals for the Federal Circuit. (Doc. 2.) That court ultimately transferred the Complaint to this Court on July 26, 2021. (Doc. 1.) Plaintiff initially moved to proceed *in forma pauperis* in this Court. (Doc. 7.) After the Magistrate Judge recommended that motion be denied, Plaintiff paid the filing fee, and, therefore, the Court denied the Motion to Proceed *in Forma Pauperis* as moot on August 24, 2021. (Doc. 10.) Plaintiff has taken no action to serve Defendant or to otherwise prosecute this case since that time.

Pursuant to Federal Rule of Civil Procedure Rule 4(m), where the plaintiff fails to serve a defendant within ninety days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. Fed. R. Civ. P. 4(m). A plaintiff, however, may obtain an extension of time for service of process upon the showing of good cause. Id. Here, the ninety-day deadline for service expired long ago. However, Plaintiff has not moved for an

extension of time, prepared a summons, or taken any other action regarding this case since August 2021.

Accordingly, the Court **HEREBY ORDERS** Plaintiff to **SHOW CAUSE**, in a written notice filed with the Court, within **fourteen (14) days** from the date of this Order why Defendant was not timely served within ninety days as required by Federal Rule of Civil Procedure 4(m) and why Plaintiff has taken no action to prosecute this case. Should Plaintiff fail to timely show cause, the Court will dismiss Plaintiff's case for failure to prosecute and failure to follow the Court's Order.

**SO ORDERED**, this 29th day of April, 2022.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA