# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| JIMMIEKAYE BUFFKIN MESSER, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CV421-215 |
| DEPARTMENT OF DEFENSE, | ) ) | |
| Defendant. | ) ) | |

## REPORT AND RECOMMENDATION

The District Judge assigned to this case directed *pro se* plaintiff JimmieKaye Buffkin Messer to show cause, pursuant to Federal Rule of Civil Procedure 4(m), why her case should not be dismissed for her failure to timely serve defendant. *See generally* doc. 11. Messer responded to that Order and informed the Court, in detail, the "overwhelming circumstances" affecting her personal and family life that prevented her from timely serving defendant. *See generally* doc. 12. The Court determined those circumstances to warrant an exercise of its discretion to extend Plaintiff's deadline to serve pursuant to Federal Rule of Civil Procedure 4(m). Doc. 14 at 2. She was directed to perfect service, as required by Rule 4, on the defendant no later than June 17, 2022. *Id.*

She was expressly warned that "failure to do so (or demonstrate good cause for any failure to do so) will result in dismissal of her claims against the Department of Defense." *Id.* at 2-3. That deadline has now passed, by over two months, and Plaintiff has not complied with the Court's very explicit directions. *See generally* docket.

Rule 4(m) mandates dismissal for Plaintiff's failure to serve the defendant within the time specified by its prior Order. *See* Fed. R. Civ. P. 4(m). Additionally, this Court has the authority to prune cases from its dockets where parties have failed to comply with its Orders. *See* S.D. Ga. L.R. 41.1(b); *see also Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989) ("The district court possesses the inherent power to police its docket."); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, CV491-277 (S.D. Ga. June 10, 1992). Despite the Court's warnings, Plaintiff has not complied with its Order. *See* doc. 14 at 2-3. Her Complaint should, therefore, be **DISMISSED**.

This Report and Recommendation (R&R) is submitted to the district judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B)

and this Court's Local Rule 72.3.  Within 14 days of service, any party may file written objections to this R&R with the Court and serve a copy on all parties.  The document should be captioned "Objections to Magistrate Judge's Report and Recommendations."  Any request for additional time to file objections should be filed with the Clerk for consideration by the assigned district judge.

After the objections period has ended, the Clerk shall submit this R&R together with any objections to the assigned district judge.  The district judge will review the magistrate judge's findings and recommendations pursuant to 28 U.S.C. § 636(b)(1)(C).  The parties are advised that failure to timely file objections will result in the waiver of rights on appeal.  11th Cir. R. 3-1; *see Symonette v. V.A. Leasing Corp.*, 648 F. App'x 787, 790 (11th Cir. 2016); *Mitchell v. United States*, 612 F. App'x 542, 545 (11th Cir. 2015).

**SO REPORTED AND RECOMMENDED,** this 6th day of September, 2022.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA