## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

JIMMIEKAYE BUFFKIN MESSER,

        Plaintiff,

    v.

DEPARTMENT OF DEFENSE

        Defendant.

CIVIL ACTION NO.: 4:21-cv-215

## **O R D E R**

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's September 6, 2022, Report and Recommendation, (doc. 15), to which plaintiff has filed an objection, (doc. 16).   The Magistrate Judge recommends that Plaintiff's case be dismissed for her failure to serve the defendant within the time specified by the Court's prior Order.   (Doc. 15, p. 2.) The Plaintiff's objection concedes that she missed her deadline to perfect service on the Department of Defense.   (Doc. 16.)   She was expressly warned that her failure to either serve the defendant or demonstrate good cause for any failure to do so would result in dismissal.   (Doc. 14, pp. 2-3.)   Although she expresses a vague desire to continue to pursue her case, she does not include any information about any attempt to serve the defendant or otherwise demonstrate good cause for her failure to serve the defendant within the extended deadline provided by the Court. (Doc. 16.)

Accordingly, the Court **OVERRULES** plaintiff's objection and **ADOPTS** the Report and Recommendation as its opinion.  (Doc. 15.)  Plaintiff's Complaint is **DISMISSED**.  (Doc. 2.) The Clerk of Court is **DIRECTED** to close this case.

**SO ORDERED**, this 23rd day of September, 2022.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA